UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

In re:                                                                                          Case No.:  20-50027-KKS
CHRISTI RICHARDSON                                                      Chapter 7

    Debtors.
_____/

**ORDER (I) APPROVING APPLICATION FOR APPROVAL OF EMPLOYMENT OF BKGLOBAL REAL ESTATE SERVICES AND  (II) APPROVING THE APPLICATION TO RETAIN CENTURY 21 COMMANDER REALTY, INC AS TRUSTEE'S LISTING AGENT TO PROCURE PUBLIC SALE PURSUANT TO
11 U.S.C. §§ 327, 328 AND 330 (DOC #30)**

THIS CAUSE came before the Court upon the Notice and Application of Karin A. Garvin, the Trustee in the above-captioned case ("Trustee"), to (I) *Retain and Compensate BKGlobal Real Estate Services ("BKGlobal") pursuant to 11 U.S.C. §§ 327 and 328* and (II) *Retain and Compensate Century 21 Commander Realty, Inc as Trustee's Listing Agent pursuant to 11 U.S.C. §§ 327 and 328* ("Application") |Docket No 30  |.  The Court, having reviewed and considered the Notice, Application, and Affidavits of Disinterestedness, and the same appearing to be in the best interest of Debtors and the creditors, it is hereby **ORDERED** that:

    1.    The Application is hereby APPROVED.

    2.    Defined terms not otherwise defined herein have the meanings given to them in the Application and Affidavits.

3. The Trustee is authorized to retain and compensate BKGlobal, to market the Property in the Debtors' Chapter 7 case pursuant to Sections 327 and 328(a) of the Bankruptcy Code, and Bankruptcy Rules 2014 and 2016, in accordance with the terms and conditions set forth in the Marketing Agreement and this Order. BKGlobal shall not split or otherwise share the Buyer's Premium with any other person or entity.

4. BKGlobal is a disinterested person within the meaning of Bankruptcy Code Section 101(14).

5. BKGlobal shall be compensated in accordance with the Marketing Agreement and such compensation shall not hereafter be subject to challenge except under the standard of review set forth in Section 328(a) of the Bankruptcy Code.

6. BKGlobal is granted a waiver of all monthly, interim, and final fee application requirements otherwise applicable in this Chapter 7 case and shall be authorized to receive and retain the Buyer's Premium at the successful closing of the sale of the Property to a third party without necessity of further order of the Court. The estate shall, in no circumstance, be obligated to directly compensate ADC.

7. The Trustee is authorized to retain and compensate the Listing Agent, to facilitate open houses, showings, and communications with potential purchasers

of the Property in the Debtors' Chapter 7 case pursuant to Sections 327 and 328(a) of the Bankruptcy Code, and Bankruptcy Rules 2014 and 2016, in accordance with the terms and conditions set forth in the Listing Agreement and this Order. The Listing Agent shall not split or otherwise share the commission with any other person or entity, except to the extent that the successful buyer is represented by a real estate agent, in which case, the commission may be split as agreed to by the real estate agents.

8. The Listing Agent is a disinterested person within the meaning of Bankruptcy Code Section 101(14).

9. The Listing Agent shall be compensated in accordance with the Listing Agreement and such compensation shall not hereafter be subject to challenge except under the standard of review set forth in Section 328(a) of the Bankruptcy Code.

10. The Listing Agent is granted a waiver of all monthly, interim, and final fee application requirements otherwise applicable in this Chapter 7 case and shall be authorized to receive and retain the Commission at the successful closing of the sale of the Property to a third party without necessity of further order of the Court. The estate shall, in no circumstance, be obligated to directly compensate the Listing Agent.

11. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**DONE and ORDERED** on September 21, 2020

The Honorable Karen K. Specie
United States Bankruptcy Judge

Prepared by:
Real Assist

Trustee Karin A. Garvin is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.